**Order entered February 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00871-CV

**ERIC DRAKE, Appellant**

**V.**

**TRAVELERS INDEMNITY COMPANY, ET AL, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-01062**

## ORDER

By order dated January 30, 2014, the Court requested that Appellant file within ten days of the date of that order (1) notice that Appellant has requested preparation of the reporter's record; and, (2) written verification that appellant has paid or made arrangements to pay the reporter's fee; or written documentation that appellant has been found to be entitled to proceed without payment of costs. Appellant has advised the Court that he has now requested the reporter's record and that he has been found indigent. He has attached a copy of his affidavit of inability to pay and a copy of his request to Antonette Reagor dated February 3, 2014 to prepare the reporter's record in this cause. Accordingly, we **ORDER** Antoinette Reagor to file, within **THIRTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has been made; or (3)

written verification that appellant has not been found indigent and has not paid or made arrangements to pay for the record.

*We notify appellant that if we receive verification that no request for the record has been made or that he has not been found indigent or paid for or made arrangements to pay for the record, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to Antoinette Reagor, Court Reporter for the 68th Judicial District Court and to the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court.

.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE